**"UNDER SEAL"**

FILED
CHARLOTTE, NC

JAN 21 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:26CR-12-KDB |
| | ) |
| v. | ) UNDER SEAL |
| | ) **MOTION TO SEAL THE INDICTMENT** |
| MICHAEL KAHN | ) |
| Defendant. | ) |

NOW COMES the United States of America, by and through **Russ Ferguson**, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Indictment, this Motion and any order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court.

Respectfully submitted, on this day of January 21, 2026

**RUSS FERGUSON**
UNITED STATES ATTORNEY

s/ Caryn Finley
Assistant United States Attorney
New York Bar Number: 3953882
Attorney for the United States
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, NC 28202
(704) 344-6222 (office)
(704) 344-6629 (facsimile)
caryn.finley@usdoj.gov