IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:26-cr-12-KDB |
| | ) | |
| v. | ) | **BILL OF INDICTMENT** |
| | ) | |
| MICHAEL KAHN | ) | **UNDER SEAL** |
| | ) | |
| | ) | 26 U.S.C. § 7206(2) |
| | ) | 26 U.S.C. § 7203 |
| | ) | |

**THE GRAND JURY CHARGES:**

At the specified times and at all relevant times:

### Introduction

1.  Between 2020 and 2023, Defendant MICHAEL KAHN ("KAHN") transferred more than $4.5 million from The Michael A. Kahn Family Foundation ("The Foundation") to himself and did not report those funds as income on his 2020 and 2021 tax returns filed with the Internal Revenue Service ("IRS") and failed to file any tax returns in 2022 and 2023.

### Defendant and Related Entity

2.  KAHN was a resident of Charlotte, North Carolina, within the Western District of North Carolina. KAHN was a paid employee of Kahn Ventures Inc., and was involved in several other business ventures.

3.  The Foundation was a tax-exempt organization formed on or about April 27, 2010. The claimed mission of the Foundation was to further charitable and educational purposes, including, but not limited to providing funding to organizations whose objectives were to further promote charitable, religious, or educational goals. KAHN was The Foundation's Director, President, Treasurer, Secretary, and Chairman of the Board of Directors. The Foundation did not have any other officers or board members, and it had no employees.

4.  The IRS was an agency of the United States Department of Treasury responsible for administering the tax laws of the United States including the ascertainment, computation, assessment, and collection of income taxes.

## COUNT ONE
(26 U.S.C. § 7206(2) – Aiding and Assisting the Preparation of a False Tax Return)

5. Paragraphs 1 through 4 of this Bill of Indictment are re-alleged and incorporated herein by reference as though fully set forth herein.

6. On or about October 15, 2021, in the Western District of North Carolina and elsewhere, the defendant, MICHAEL KAHN, a resident of Charlotte, North Carolina, did willfully aid and assist in, and procured, counseled, and advised the preparation and presentation to the IRS of his U.S. Joint Individual Income Tax Return, Form 1040, for 2020, which was false and fraudulent as to a material matter. That U.S. Joint Individual Income Tax Return, Form 1040 reported KAHN's total income on Line 9 was (-$2,111,486), whereas KAHN then and there well knew and believed, his total income on Line 9 was substantially greater than the amount reported.

All in violation of Title 26, United States Code, Section 7206(2).

## COUNT TWO
(26 U.S.C. § 7206(2) - Aiding and Assisting the Preparation of a False Tax Return)

7. Paragraphs 1 through 4 of this Bill of Indictment are re-alleged and incorporated herein by reference as though fully set forth herein.

8. On or about October 17, 2022, in the Western District of North Carolina and elsewhere, the defendant, MICHAEL KAHN, a resident of Charlotte, North Carolina, did willfully aid and assist in, and procured, counseled, and advised the preparation and presentation to the IRS of his U.S. Joint Individual Income Tax Return, Form 1040, for 2021, which was false and fraudulent as to a material matter. That U.S. Joint Individual Income Tax Return, Form 1040 reported KAHN's total income on Line 9 was (-$98,460), whereas KAHN then and there well knew and believed, his total income on Line 9 was substantially greater than the amount reported.

All in violation of Title 26, United States Code, Section 7206(2).

## COUNT THREE
(26 U.S.C. § 7203 - Failure to File a Tax Return)

9. Paragraphs 1 through 4 of this Bill of Indictment are re-alleged and incorporated herein by reference as though fully set forth herein.

10. During the calendar year 2022, the defendant, MICHAEL KAHN, a resident of Charlotte, North Carolina, and his spouse had and received gross income in excess of $25,900. By reason of such gross income, he was required by law, following the close of calendar year 2022, and on or before April 18, 2023, to make an income tax return to the IRS, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Knowing and believing all of the foregoing, KAHN did willfully fail, on or about April

18, 2023, in the Western District of North Carolina, and elsewhere, to make an income tax return.

All in violation of Title 26, United States Code, Section 7203.

## COUNT FOUR
(26 U.S.C. § 7203 - Failure to File a Tax Return)

11. Paragraphs 1 through 4 of this Bill of Indictment are re-alleged and incorporated herein by reference as though fully set forth herein.

12. During the calendar year 2023, the defendant, MICHAEL KAHN, a resident of Charlotte, North Carolina, and his spouse had and received gross income in excess of $27,700. By reason of such gross income, he was required by law, following the close of calendar year 2023, and on or before April 15, 2024, to make an income tax return to the IRS, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Knowing and believing all of the foregoing, KAHN did willfully fail, on or about April 15, 2024, in the Western District of North Carolina, and elsewhere, to make an income tax return.

All in violation of Title 26, United States Code, Section 7203.

A TRUE BILL:

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

CARYN FINLEY
ASSISTANT UNITED STATES ATTORNEY